**Charles Ray EDWARDS,**
**Plaintiff-Appellant**

v.

**UNITED STATES of America,**
**Defendant-Appellee**

No. 16-2603

United States Court of Appeals, Eighth Circuit.

Submitted: March 2, 2017

Filed: March 7, 2017

Charles Ray Edwards, Pro Se

---

Richard Pence, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Defendant-Appellee

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Charles Edwards appeals the district court's[1] adverse grant of summary judgment in his suit under the Federal Tort Claims Act. After careful review of the record below, the parties' submissions on appeal, and the issues properly before us, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (de novo review of grant of summary judgment), we conclude that the district court properly granted summary judgment and that Edwards's arguments for reversal lack merit.

The judgment is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).